THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EULALIO NUNEZ, Appellant. (Appeal No. 2.) [700 NYS2d 909] —Judgment unanimously affirmed. Same Memorandum as in People v Nunez (267 AD2d 1050 [decided herewith]). (Appeal from Judgment of Ontario County Court, Harvey, J.—Bail Jumping, 2nd Degree.) Present—Green, J. P., Pine, Pigott, Jr., Scudder and Callahan, JJ.